# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CATHERINE J. MCKINNEY,**

      **Plaintiff,**

  v.                                                   **Case No.: 2:14-cv-081**
                                                        **JUDGE GEORGE C. SMITH**
                                                        **Magistrate Judge King**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on July 18, 2014. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The decision of the Commissioner of Social Security is hereby reversed and this action is remanded to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further administrative proceedings.

      The Clerk shall remove Documents 16 and 17 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                                */s/ George C. Smith*
                                                                 **GEORGE C. SMITH, JUDGE**
                                                                 **UNITED STATES DISTRICT COURT**